for failure to prosecute in accordance with the rules.

### Hilarion v. CUENO, Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

### No. 04–3385.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2004.

Hilarion V. Cueno, of Counsel, Zambales, Philippines, pro se.

Domenique Kirchner, Principal Attorney, Jo Ann M. Chabot, David M. Cohen, James M. Kinsella, of Counsel, Washington, DC, for Respondent.

### ORDER

Order Vacated, See 110 Fed.Appx. 888, 2004 WL 2287747.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

### RED RIVER SERVICE CORPORATION, Plaintiff–Appellee,

v.

### UNITED STATES, Defendant– Appellant.

### No. 04–5115.

United States Court of Appeals, Federal Circuit.

Sept. 20, 2004.

Johnathan M. Bailey, Principal Attorney, Bailey & Bailey, San Antonio, TX, for Claimant-Appellee.

Delfa Castillo, Principal Attorney, Washington, DC, for Defendant-Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).